Tyrone Lamar ROBERSON,
a/k/a Tyrone L. Roberson,
Plaintiff—Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Commissioner Jon E. Ozmint, etc & al. of Lee Correctional Inst.; SCDC Office of General Counsel, Defendants—Appellees.

No. 10–6361.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 4, 2010.

Tyrone Lamar Roberson, Appellant Pro Se. Joseph Parker McLean, Clarke, Johnson, Peterson, & McLean, PA, Florence, South Carolina, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lamar Roberson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roberson v. South Carolina*, No. 8:09–cv–01333–CMC, 2010 WL 679070 (D.S.C. Feb. 24, 2010). We deny Robinson's motions for appointment of counsel and for a transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*